### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOFAR USA LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:24-cv-00870-JLH |
| | ) |
| BAREND VENTER, VENTER VENTURES LLC, BLUE SKY 1007 LLC, and THE VENTER FAMILY REVOCABLE TRUST, | ) ) ) |
| | ) |
| Defendants. | ) |

### **STIPULATION AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Nofar USA LLC ("**Nofar USA**") and Defendants Barend Venter, Venter Ventures LLC, Blue Sky 1007 LLC, and The Venter Family Revocable Trust (collectively, "**Defendants**"), through their undersigned counsel, that Defendants concede that service of process was properly effected on each of the Defendants on August 27, 2024, and that each Defendant hereby waives any arguments, defenses, objections, or other claims relating to service of process in this action.

IT IS HEREBY FURTHER STIPULATED AND AGREED, by and between Nofar USA and Defendants, through their undersigned counsel, that the date by which Defendants must move, answer, or otherwise respond to the Complaint in this action is October 4, 2024.

| | |
|---|---|
| OF COUNSEL:<br><br>Michael B. Carlinsky *<br>Yehuda Goor *<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000<br>michaelcarlinsky@quinnemanuel.com<br>yehudagoor@quinnemanuel.com<br><br>David M. Grable *<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>(213) 443-3000<br>davegrable@quinnemanuel.com<br><br>* *pro hac vice* forthcoming<br><br>DATED: September 25, 2024 | /s/ Michael A. Barlow<br>Michael A. Barlow (#3928)<br>Veronica B. Bartholomew (#6224)<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>500 Delaware Avenue, Suite 220<br>Wilmington, Delaware 19801<br>(302) 302-4000<br>michaelbarlow@quinnemanuel.com<br>veronicabartholomew@quinnemanuel.com<br><br>*Attorneys for Plaintiff Nofar USA LLC* |
| OF COUNSEL:<br><br>Michael Cypers<br>GLASER WEIL FINK HOWARD JORDAN<br>& SHAPIRO LLP<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, California 90067<br>(310) 556-7885<br>mcypers@glaserweil.com<br><br>DATED: September 25, 2024 | /s/ Laura Davis Jones<br>Laura Davis Jones (DE Bar No. 2436)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 N. Market St., 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>(302)-652-4100<br>ljones@pszjlaw.com<br><br>*Attorneys for Defendants Barend Venter, Venter Ventures LLC, Blue Sky 1007 LLC, and The Venter Family Revocable Trust* |

SO ORDERED this ___ day of _____, 2024.

_____
The Honorable Jennifer L. Hall

2