**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOFAR USA LLC,<br><br>Plaintiff,<br><br>v.<br><br>BAREND VENTER, VENTER VENTURES LLC, BLUE SKY 1007 LLC, and THE VENTER FAMILY REVOCABLE TRUST,<br><br>Defendants. | Case No. 1:24-cv-00870-JLH |

**DECLARATION OF JOSEPH LEVENTHAL IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(2) AND 12(B)(6) OR, IN THE ALTERNATIVE, FOR A STAY**

Pursuant to 28 U.S.C § 1746, I, Joseph Leventhal, declare as follows:

1. I am an attorney at Glaser Weil Fink Howard Jordan & Shapiro LLP and counsel for Defendants Barend Venter, Venter Ventures LLC, Blue Sky 1007 LLC, and The Venter Family Revocable Trust (collectively, the "Defendants") in the above-captioned matter.

2. I submit this declaration in support of Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6) or, in the Alternative, for a Stay, filed concurrently herewith.

3. Mr. Venter filed a lawsuit against Nofar USA (and others) on May 3, 2024, in the California Superior Court for the County of Napa. Attached hereto as **Exhibit 1** is a true and correct copy of the lawsuit Mr. Venter filed in Napa County Court.

4. In response to Mr. Venter's lawsuit in Napa County, Nofar USA brought a motion to dismiss the first cause of action for fraud and concealment arguing that it relates to the Membership Interest Purchase Agreements at issue in this litigation and, therefore, should be heard

in a Delaware court. Attached hereto as **Exhibit 2** is a true and correct copy of the Napa County Court's order on Nofar USA's motion to dismiss, which outlines Nofar USA's arguments and provides the Court's ruling. In addition to issuing a stay of the first cause of action, the order also sets an Order to Show Cause on October 30, 2024.

5. Prior to issuing its order reflected in Exhibit 2, the Napa County Court issued a tentative ruling on July 25, 2024—one day before the Napa County Court's hearing—denying Nofar USA's motion to dismiss because of the California constitutional right to a jury trial that cannot be waived by contract. Attached hereto as **Exhibit 3** is a true and correct copy of the Napa County Court's tentative ruling on Nofar USA's motion to dismiss.

6. On October 3, 2024, Mr. Venter filed a motion for reconsideration of the Napa County Court's order on Nofar USA's motion to dismiss. Attached hereto as **Exhibit 4** is a true and correct copy of Mr. Venter's motion for reconsideration.

7. Regardless of whether the Napa County Court grants the motion for reconsideration, Mr. Venter will urge the court to reconsider its earlier ruling on the motion to dismiss.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 4, 2024

Respectfully submitted,

Joseph Leventhal