**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOFAR USA LLC,<br><br>Plaintiff,<br><br>v.<br><br>BAREND VENTER, VENTER VENTURES LLC, BLUE SKY 1007 LLC, and THE VENTER FAMILY REVOCABLE TRUST,<br><br>Defendants. | Case No. 1:24-cv-00870-JLH |

**DECLARATION OF BAREND VENTER IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(2) AND 12(B)(6) OR, IN THE ALTERNATIVE, FOR A STAY**

Pursuant to 28 U.S.C § 1746, I, Barend Venter, declare as follows:

1. I am a defendant in the above-captioned matter, a managing member of Venter Ventures LLC ("Venter Ventures"), and a trustee of The Venter Family Revocable Trust ("Venter Family Trust") (collectively, "Defendants").

2. I submit this declaration in support of Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6) or, in the Alternative, for a Stay, filed concurrently herewith.

3. Venter Ventures is a California limited liability company that does not conduct business in Delaware. Venter Ventures does not have contracts to supply services or things in Delaware. Venter Ventures does not have any interest in, or possess, any real property in Delaware nor does it have a bank account or any other assets in Delaware. Venter Ventures has not contracted to insure or act as surety to an agreement to be performed in Delaware. In short, Venter

Ventures does not have any contacts with Delaware, does not conduct any business in Delaware, and does not have other affiliations with the state.

4. The Venter Family Trust is a California revocable trust formed for the benefit of a California resident. The Venter Family Trust also does not conduct business in Delaware. The Venter Family Trust does not have contracts to supply services or things in Delaware. The Venter Family Trust does not have any interest in, or possess, any real property in Delaware nor does it have a bank account or any other assets in Delaware. The Venter Family Trust has not contracted to insure or act as surety to an agreement to be performed in Delaware. In short, the Venter Family Trust does not have any contacts with Delaware, does not conduct any business in Delaware, and does not have other affiliations with the state.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 4, 2024

Respectfully submitted,

Barend Venter