**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| NOFAR USA LLC,<br><br>Plaintiff,<br><br>v.<br><br>BAREND VENTER, VENTER VENTURES LLC, BLUE SKY 1007 LLC, and THE VENTER FAMILY REVOCABLE TRUST,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 1:24-cv-00870-JLH |

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1.4, Plaintiff Nofar USA LLC respectfully requests oral argument on Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6) or, in the Alternative, for a Stay (D.I. 25).

*/s/ Michael A. Barlow*
Michael A. Barlow (#3928)
Veronica B. Bartholomew (#6224)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
500 Delaware Avenue, Suite 220
Wilmington, Delaware 19801
(302) 302-4000
michaelbarlow@quinnemanuel.com
veronicabartholomew@quinnemanuel.com

*Attorneys for Plaintiff Nofar USA LLC*

OF COUNSEL:

Michael B. Carlinsky
Yehuda Goor
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
michaelcarlinsky@quinnemanuel.com
yehudagoor@quinnemanuel.com

David M. Grable
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
(213) 443-3000
davegrable@quinnemanuel.com

DATED: November 22, 2024