**quinn emanuel** trial lawyers | wilmington

500 Delaware Avenue, Suite 220, Wilmington, Delaware 19801 | TEL (302) 302-4000 FAX (302) 302-4010

WRITER'S DIRECT DIAL NO.
(302) 302-4030

WRITER'S EMAIL ADDRESS
michaelbarlow@quinnemanuel.com

**VIA CM/ECF**

July 31, 2025

The Honorable Jennifer L. Hall
United States District Court for the
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 17, Room 6312
Wilmington, DE 19801-3555

Re:    *Nofar USA LLC v. Barend Venter, et al.*, **No. 24-cv-870-JLH**

Dear Judge Hall:

We write on behalf of the Plaintiff in the above-referenced matter to inform the Court of new authority relevant to the Court's consideration of Defendants' pending motion to dismiss.

On November 8, 2024, Defendants moved to dismiss Plaintiff's First Amended Complaint (D.I. 25) (the "Motion"). The Motion has been fully briefed since December 2, 2024. Defendants' Reply in further support of their Motion relies heavily on the California Court of Appeal's decision in *The Comedy Store v. Moss Adams LLP*, 106 Cal. App. 5th 784 (2024), arguing that this Court "should dismiss all of [Plaintiff's] claims" based on that case (*see* D.I. 33 at 1-3). Indeed, Defendants dedicate a full argument section to *Comedy Store* (*Id.*, Section II.A.).

We write to alert the Court that *Comedy Store* is no longer good law. The Supreme Court of California has recently held that forum selection clauses should be enforced even where they impair or eliminate the right to trial by jury, and expressly "disapprove[d]" *Comedy Store* "to the extent it is inconsistent with this opinion." *EpicentRx, Inc. v. Superior Ct. of San Diego Cnty.*, No. S282521, 2025 WL 2027272, at *13, n.7 (Cal. July 21, 2025). A true and correct copy of the opinion is attached as Exhibit A.

Plaintiff submits that the Court need not reach this issue and that the Motion fails irrespective of any out-of-state authority, for the reasons set forth in Plaintiff's Answering Brief (D.I. 30). But out of an abundance of caution, we write to inform the Court of this recent development.

Should the Court be interested, we are prepared to provide further context at oral argument on the Motion (requested at D.I. 32).

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

2

Respectfully,

*/s/ Michael A. Barlow*

Michael A. Barlow (#3928)

CC: All counsel of record (via CM/ECF)