**quinn emanuel** trial lawyers | wilmington

500 Delaware Avenue, Suite 220, Wilmington, Delaware 19801 | TEL (302) 302-4000 FAX (302) 302-4010

<u>VIA CM/ECF</u>

September 4, 2025

WRITER'S DIRECT DIAL NO.
(302) 302-4030

WRITER'S EMAIL ADDRESS
michaelbarlow@quinnemanuel.com

The Honorable Jennifer L. Hall
United States District Court for the
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 17, Room 6312
Wilmington, Delaware 19801-3555

Re:   <u>*Nofar USA LLC v. Barend Venter, et al.*</u>, **C.A. No. 24-cv-870-JLH (D. Del.)**

Dear Judge Hall:

We write on behalf of the Plaintiff to inform the Court of new authority that may be relevant to Defendants' request to stay this action.

On August 29, 2025, as instructed by the Court, both Plaintiff and Defendants filed letters addressing "the impact, if any" of the Supreme Court of California's decision in *EpicentRx, Inc. v. Superior Ct. of San Diego Cnty.*, 334 Cal. Rptr. 3d 702 (2025) on Defendants' pending Motion to Dismiss. D.I. 41, 42. In their letter, Defendants stated that Plaintiff is "wrong" to suggest that "*EpicentRx* disapproved *Comedy Store* as if there was a wholesale rejection of the decision." D.I. 41 at 2, n.1. Defendants argued that "[i]t simply is not clear that *Comedy Store* is as dead as Plaintiff believes it." *Id*.

*Comedy Store* has now been confirmed dead. Yesterday, the California Supreme Court "transferred" that case to the California Court of Appeal "with directions to vacate its decision and reconsider the cause in light of *EpicentRx*[.]" *Comedy Store v. Adams*, S288469 (Cal. Sept. 3, 2025).[1] The California Supreme Court ordered that the *Comedy Store* decision is "hereby rendered either 'depublished' or 'not citable.'" *Id*.

We are available at the convenience of the Court if Your Honor has any questions.

Respectfully,

*/s/ Michael A. Barlow*

Michael A. Barlow (#3928)

cc:   All counsel of record (via CM/ECF)

---

[1] *Available at*:
https://appellatecases.courtinfo.ca.gov/search/case/dockets.cfm?dist=0&doc_id=3119521&doc_no=S288469&request_token=OCIwLSEnTkw2WzBBSCM9SENIUFw0UDxTKyBeVzxRLDtOCg%3D%3D.

quinn emanuel urquhart & sullivan, llp
ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH