**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOFAR USA LLC,<br><br>Plaintiff,<br><br>BAREND VENTER, VENTER VENTURES LLC, BLUE SKY 1007 LLC, and THE VENTER FAMILY REVOCABLE TRUST,<br><br>Defendants. | Case No. 1:24-cv-00870-JLH |

**STIPULATION AND [PROPOSED ORDER] EXTENDING TIME**
**FOR DEFENDANTS TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED by and between Defendants Barend Venter, Venter Ventures LLC, Blue Sky 1007 LLC, and The Venter Family Revocable Trust (collectively, the "Defendants")[1] and Plaintiff Nofar USA LLC (the "Plaintiff," collectively with Defendants, the "Parties") through their undersigned counsel, that the date by which Defendants must answer the First Amended Complaint [D.I. 23] in this action is extended through and including March 2, 2026.

[1] Pursuant to the Court's Memorandum Order [D.I. 44], the claims in the First Amended Complaint against Defendants Venter Ventures LLC and The Venter Family Revocable Trust were dismissed. Those dismissed Defendants are included here solely for purposes of this Stipulation and for sake of completeness, without waiver of any rights, claims, or defenses of any Defendants or the Plaintiff.

Dated: February 17, 2026

| | |
|---|---|
| */s/ Veronica B. Bartholomew*<br>Michael A. Barlow (#3928)<br>Veronica B. Bartholomew (#6224)<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>500 Delaware Avenue, Suite 220<br>Wilmington, Delaware 19801<br>(302) 302-4000<br>michaelbarlow@quinnemanuel.com<br>veronicabartholomew@quinnemanuel.com<br><br>-and-<br><br>Michael B. Carlinsky<br>Yehuda Goor<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>295 Fifth Avenue, 9th Floor<br>New York, New York 10016<br>(212) 849-7000<br>michaelcarlinsky@quinnemanuel.com<br>yehudagoor@quinnemanuel.com<br><br>-and-<br><br>David M. Grable<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>(213) 443-3000<br>davegrable@quinnemanuel.com<br><br>*Attorneys for Plaintiff Nofar USA LLC* | */s/ Peter J. Keane*<br>Laura Davis Jones (DE Bar No. 2436)<br>Peter J. Keane (DE Bar No. 5503)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>pkeane@pszjlaw.com<br><br>-and-<br><br>Martin N. Glickfeld (CA Bar No. 95346)<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111-5235<br>Telephone: (415) 441-7491<br>Email:mglickfeld@gmail.com<br><br>*Attorneys for Defendants Barend Venter, Venter Ventures LLC, Blue Sky 1007 LLC, and The Venter Family Revocable Trust* |

SO ORDERED this ____ day of ____________________, 2026

____________________________________
THE HONORABLE JENNIFER L. HALL
U. S. DISTRICT COURT JUDGE



4906-7315-3936.2 89860.00001