**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

NOFAR USA LLC,                               )
                                             )
                Plaintiff,                   )
                                             )
        v.                                   )       C.A. No. 1:24-cv-00870-JHL
                                             )
BAREND VENTER and BLUE SKY 1007              )
LLC,                                         )
                                             )
                Defendants.                  )

**NOTICE OF SERVICE**

TO:  All Counsel of Record

        PLEASE TAKE NOTICE, pursuant to Federal Rules of Civil Procedure 26, 34, and 45,

that on May 26, 2026, Plaintiff Nofar USA LLC, by and through its undersigned counsel, caused

a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in

the form attached hereto to be served upon Bright Power Inc., c/o Brian Peterson, 860 Napa Valley

Corporate Way, Suite 4, Napa, CA 94558.

OF COUNSEL:

Michael B. Carlinsky (*pro hac vice*)
Yehuda Goor (*pro hac vice*)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
295 Fifth Avenue, 9th Floor
New York, New York 10016
(212) 849-7000
michaelcarlinsky@quinnemanuel.com
yehudagoor@quinnemanuel.com

David M. Grable (*pro hac vice*)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
(213) 443-3000
davegrable@quinnemanuel.com

DATED:  June 3, 2026

   */s/ Michael A. Barlow*
Michael A. Barlow (#3928)
Veronica B. Bartholomew (#6224)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
500 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
(302) 302-4000
michaelbarlow@quinnemanuel.com
veronicabartholomew@quinnemanuel.com

*Attorneys for Plaintiff Nofar USA LLC*