**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| NOFAR USA LLC,<br><br>Plaintiff,<br><br>v.<br><br>BAREND VENTER and BLUE SKY 1007 LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 1:24-cv-00870-JHL |

**STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULE**
**[Related to D.I. 49]**

WHEREAS, Plaintiff Nofar USA LLC and Defendants Barend Venter and Blue Sky 1007 LLC ("Defendants") respectfully request extensions to discovery deadlines so that they may participate in a mediation.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their undersigned counsel and subject to the approval of the Court, that the following deadlines in the Scheduling Order (D.I. 49) are amended as set forth in the below table.

| Item | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for the parties to make Initial Disclosures pursuant to FRCP 26(a)(1) | Completed | N/A |
| Deadline for Joinder of Other Parties and Amendment to Pleadings | Completed | N/A |
| Deadline for substantial completion of Document Production | August 21, 2026 | November 16, 2026 |

| Item | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Discovery Cut-Off | November 20, 2026 | January 22, 2027 |
| Deadline for Opening Expert Reports for each party that bears the initial burden of proof | December 11, 2026 | February 12, 2027 |
| Deadline for Rebuttal Expert Reports | January 15, 2027 | March 15, 2027 |
| Deadline for Reply Expert Reports | February 12, 2027 | April 5, 2027 |
| Deadline for the parties to file all case dispositive motions, an opening brief and affidavits | March 26, 2027 | May 5, 2027 |
| Pretrial Conference | September 7, 2027 at 10:00 a.m. | Unchanged |
| Trial | September 13, 2027 at 9:30 a.m. | Unchanged |

Pursuant to D. Del. LR 16.4, counsel hereby certify that a copy of this stipulation setting forth the requested amendments to the Scheduling Order was sent to their respective clients prior to submission to the Court.

No other deadlines in the Scheduling Order (D.I. 49) are affected by these proposed amendments.

*/s/ Veronica B. Bartholomew*
Michael A. Barlow (#3928)
Veronica B. Bartholomew (#6224)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
500 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
(302) 302-4000
michaelbarlow@quinnemanuel.com
veronicabartholomew@quinnemanuel.com

OF COUNSEL:

Michael B. Carlinsky (*pro hac vice*)
Yehuda Goor (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
295 Fifth Avenue, 9th Floor
New York, New York 10016
(212) 849-7000
michaelcarlinsky@quinnemanuel.com
yehudagoor@quinnemanuel.com -and-

David M. Grable (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
(213) 443-3000
davegrable@quinnemanuel.com

*Attorneys for Plaintiff Nofar USA LLC*

*/s/ Peter J. Keane*
Laura Davis Jones (#2436)
Peter J. Keane (#5503)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(302) 652-4100
ljones@pszjlaw.com
pkeane@pszjlaw.com

OF COUNSEL:

Martin N. Glickfeld (*pro hac vice*)
LAW OFFICES OF MARTIN GLICKFELD
100 Pine Street, Suite 1250
San Francisco, California 94111-5235
(415) 441-7491
mglickfeld@gmail.com

*Attorneys for Defendants Barend Venter and Blue Sky 1007 LLC*

SO ORDERED this _________ day of ______________________ 2026.

______________________________
The Honorable Jennifer L. Hall
United States District Court Judge